

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Dayshaun Jaquan Henry,                      * From the 104th District Court
                                              of Taylor County,
                                              Trial Court No. 22949-B.

Vs. No. 11-22-00320-CR                       * December 15, 2022

The State of Texas,                          * Per Curiam Memorandum Opinion
                                              (Panel consists of: Bailey, C.J.,
                                              Trotter, J., and Williams, J.)

This court has considered Dayshaun Jaquan Henry's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.